**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6665

_____

JOSEPH MICHAEL LADEAIROUS,

                    Plaintiff - Appellant,

          v.

MICHAEL GOLDSMITH, Chief of Police, City of Norfolk, Virginia,
sued in official and individual; HAROLD CLARKE, Director of
the Virginia Department of Corrections, sued in official and
individual capacity; JAMES C. BODIE, Intake Counsel of the
Virginia State Bar, sued in official and individual capacity,

                    Defendants – Appellees,

          and

VIRGINIA,

                    Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. John A. Gibney, Jr., District
Judge. (3:13-cv-00673-JAG)

_____

Submitted: July 23, 2015          Decided: July 28, 2015

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Michael Ladeairous, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Ladeairous appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ladeairous v. Goldsmith, No. 3:13-cv-00673-JAG (E.D. Va. Apr. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3